WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN STANLEY, ACTING SUPERVISORY TRIAL ATTORNEY
TERI HEALY, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
TEL: (206) 220-6816
FAX: (206) 220-6911
teri.healy@eeoc.gov

ATTORNEYS FOR PLAINTIFF

FILED'06 SEP 19 11:09 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>CON-WAY, Inc., formerly CNF Inc.; MENLO WORLDWIDE TECHNOLOGIES, LLC; MENLO LOGISTICS, Inc. and also dba MENLO WORLDWIDE LOGISTICS,<br><br>Defendants. | CIVIL ACTION NO.<br>**CV'06 1337 MO**<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, Title I of the Civil Rights Act of 1991 and the Age Discrimination in Employment Act of 1967, as amended, to

COMPLAINT- Page 1 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

correct unlawful employment practices on the basis of sex and age, and to provide appropriate relief to Wanda Wojnowski, who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that Con-way, Inc., formerly CNF Inc.; Menlo Worldwide Technologies, LLC; and Menlo Logistics, Inc. and also dba Menlo Worldwide Logistics discharged Ms. Wojnowski because of her age, 54, and her sex, female. Plaintiff seeks monetary relief, including pecuniary and nonpecuniary compensatory and punitive damages and injunctive relief, on behalf of Ms. Wojnowski.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a, and Section 7(b) of the ADEA, 29 U.S.C. § 626(b) ("ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Oregon.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and the ADEA, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1) and by Section 7(b) of the ADEA, 29

COMPLAINT- Page 2 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, defendants have been corporations continuously doing business in the State of Oregon and have continuously had at least 15 employees.

5. At all relevant times, defendants have continuously been employers engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h), and Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Ms. Wojnowski filed a charge with the Commission alleging violations of Title VII and the ADEA by defendants. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. On or about February 25, 2004, defendants engaged in unlawful employment practices on the bases of sex and age at their Portland, Oregon facility by terminating her after placing her on a performance improvement plan, in violation of §§ 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) and Section 4(a)(1) of the ADEA, 29 U.S.C. § 623(a)(1).

8. The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Wojnowski of equal employment opportunities.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to Ms. Wojnowski's federally protected rights.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendants and their officers, agents, successors, assigns, and all persons in active concert or participation with them, from engaging in discrimination against any of their employees.

B. Order defendants to institute and carry out policies, practices, and programs which prevent their employees from being subjected to discrimination and which eradicate the effects of past and present unlawful employment practices.

C. Order defendants to make whole Ms. Wojnowski by providing appropriate back pay and front pay, with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of their unlawful employment practices described above.

D. Order defendants to make whole Ms. Wojnowski by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including without limitation past and future out-of-pocket expenses, in amounts to be determined at trial.

E. Order defendants to make whole Ms. Wojnowski by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to determined at trial.

F. Order defendants to pay Ms. Wojnowski punitive damages for their malicious and reckless conduct described in paragraph 7 above, in an amount to be determined at trial.

COMPLAINT- Page 4 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

G.    Order defendants to pay Ms. Wojnwoski liquidated damages for their unlawful conduct described in paragraph 7 above, in an amount to be determined at trial.

H.    Grant such further relief as the Court deems necessary and proper in the public interest.

I.    Award the Commission its costs of this action.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 18th day of September, 2006.

WILLIAM R. TAMAYO
Regional Attorney

RONALD COOPER
General Counsel

JOHN STANLEY
Acting Supervisory Trial Attorney

GWENDOLYN Y. REAMS
Associate General Counsel

TERI HEALY
Senior Trial Attorney

BY: *William R. Tamayo by KBO*
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Ste. 500
San Francisco, California 94105-1260
Telephone (415) 625-5645
Facsimile (415) 625-5657

Office of the General Counsel
1801 "L" Street NW
Washington, D.C. 20507

Attorneys for Plaintiff

COMPLAINT- Page 6 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882