IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

WANDA J. WOJNOWSKI,

        Plaintiff-Intervener,

    v.

CON-WAY, INC., et al.,

        Defendants.

No. CV 06-1337-MO

JUDGMENT

**MOSMAN, J.,**

    Pursuant to: (1) this court's Opinion and Order (#70) dated September 4, 2007, granting defendants' Motion to Dismiss Defendants Con-Way, Inc. and Menlo Logistics, Inc. as parties to this action (#23); (2) the Order (#163) entered August 12, 2008, granting defendant Menlo Worldwide Technologies, LLC's Motion for Summary Judgment (#119) as to plaintiff-intervener's claim for breach of contract; and (3) the jury verdict (#240) rendered on March 19, 2009, finding in favor of defendant Menlo Worldwide Technologies, LLC on all remaining claims,

PAGE 1 - JUDGMENT

      IT IS HEREBY ORDERED AND ADJUDGED that the above captioned matter is DISMISSED with prejudice.  Pending motions, if any, are DENIED AS MOOT.

      DATED this __7th__ day of April, 2009.

                                             /s/ Michael W. Mosman  
                                             MICHAEL W. MOSMAN  
                                             United States District Judge